**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| ANTHONY GENO MARTINSON, § § | |
| *Plaintiff*, § § | CIVIL ACTION NO. 1:22-CV-00178 |
| v. § § | |
| ROBERT JOSEPH MARTINSON, § § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. § § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Anthony Lane Martinson, a prisoner confined at the Boone County Jail in Burlington, Kentucky, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Robert Joseph Martinson. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, in Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to the Plaintiff at his last known address. *See* Fed. R. Civ. P. 5(b)(2)(c). No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

2

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge, [Dkt. 2], is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 6th day of July, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge